```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         4:08CR3086
                               )
      v.                       )
                               )
LEON N. STANLEY,               )         ORDER
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

Defendant's motion for extension of deadline, filing no. 21, is granted and the deadline for filing pretrial motions is extended to March 5, 2009.

DATED this 11th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge