```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3086 |
| | ) | |
| v. | ) | |
| | ) | |
| LEON N. STANLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue and to extend brief date, filing no. 27, is granted, and

1. The evidentiary hearing on defendant's amended motion to suppress evidence (filing no. 25) is continued to April 17, 2009 beginning at 9:00 a.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. Plaintiff is given to March 20, 2009 to file its brief in response to defendant's amended motion to suppress.

3. The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

DATED this 10th day of March, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge