```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )          4:08CR3086
                                 )
        v.                       )
                                 )
LEON N. STANLEY,                 )          ORDER
                                 )
                 Defendant.      )
_____     )
```

        IT IS ORDERED:

        Plaintiff's unopposed motion to continue, filing no. 31, is
granted and the suppression hearing is continued from April 17 to
May 22, 2009 at 1:30 p.m.

        Defendant shall be present for the hearing.

        DATED this 9th day of April, 2009.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge