```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3086 |
| v. | ) | |
| LEON N. STANLEY, | ) | ORDER |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The suppression hearing that was set for May 22 is continued to May 28, 2009 at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

The defendant is required to be present for the hearing.

DATED this 15th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge