IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 08CR3086 |
| v. | ) | |
| | ) | |
| LEON N. STANLEY, | ) | ORDER |
| | ) | |
| Defendant. | | |

Upon the government's unopposed oral motion to continue the suppression hearing,

IT IS ORDERED:

1. The evidentiary hearing on defendant's motion to suppress, (filing no. 25), is continued.

2. The suppression hearing will be held before the undersigned on June 5, 2009 beginning at 1:00 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. The defendant shall be present at this hearing.

April 27, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge